IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00708-WDM

SHEILA MITCHELL,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,

    Defendants.

_____

**ORDER OF DISMISSAL**
_____

Plaintiff having failed to respond to this court's May 9, 2006 Show Cause Order, it is now ordered that the complaint and this action are dismissed pursuant to D.C.COLO.LCivR 41.1.

DATED at Denver, Colorado, on May 22, 2006.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL