IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  06-cv-00708-WDM-BNB

SHEILA MITCHELL,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, LLC., et al.,

    Defendants.

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to Snelling Employment, LLC and TMKV Group, LLC in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice as to Snelling Employment, LLC and TMKV Group, LLC, only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 27, 2006.

                                                        BY THE COURT:

                                                        s/ Walker D. Miller
                                                        United States District Judge

PDF FINAL