IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00708-WDM-BNB

SHEILA MITCHELL,

Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, LLC,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate Hearing on Defendant Qwest Communications' Motion to Compel** [docket no. 56, filed January 11, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set for January 12, 2007, is **VACATED**.

IT IS FURTHER ORDERED that the Defendant Qwest Communications International, Inc.'s Motion to Compel Discovery Responses [docket no. 47] is DENIED AS MOOT.

DATED:  January 11, 2007