IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

'

Civil Action No. 06-cv-00708-WDM-BNB

SHEILA MITCHELL,

Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, LLC,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1) **Defendant Qwest's Motion for Protective Order** [Doc. # 74, filed 4/17/2007] (the "Motion for Protective Order"); and

(2) **Unopposed Motion for Extension of Time to File Dispositive Motion** [Doc. # 84, filed 5/18/2007] (the "Motion for Extension of Time").

The plaintiff failed to respond to the Motion for Protective Order and failed to appear at the hearing on the motions.

IT IS ORDERED that the Motion for Protective Order is GRANTED, and the discovery sought by categories 2, 3, 4, and 6 of the plaintiff's Rule 30(b)(6) deposition notice shall not be had.

IT IS FURTHER ORDERED that the Motion for Extension of Time is GRANTED, and the defendants may have to and including **June 4, 2007**, within which to file a motion for summary judgment.

IT IS FURTHER ORDERED that a settlement conference is set for **June 19, 2007, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor with full authority to settle the case also must be present.)  The parties shall submit a confidential settlement statement to my chambers on or before **June 12, 2007**, discussing the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential elements of a settlement.

Dated May 21, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge