IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00708-WDM-BNB

SHEILA MITCHELL,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to substitute record is granted. Defendant is reminded of its obligations under D.C.COLO.LCivR 7.1.

Dated: July 6, 2007

                                                     s/ Jane Trexler, Secretary/Deputy Clerk